FRANK M. CASE, JR., Respondent, v. EUGENE WALTER, Appellant, Impleaded with WALTER HACKETT.

Appeal from an order of the Supreme Court, entered in the New York county clerk's office on the 15th day of April, 1914, denying a motion for an open commission to examine a witness in London, England, and to stay the trial of the action until the return of such commission.

PER CURIAM: We think that the plaintiff was entitled to a commission upon written interrogatories to obtain the testimony of the witness in London, and to a stay of the trial for such a time as will enable him to have the commission executed.   If the commission is not returned within a reasonable time the plaintiff may then apply at Special Term to vacate the stay. The order is, therefore, reversed, with ten dollars costs and disbursements, and the motion granted to the extent above stated.   Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.   Order reversed, with ten dollars costs and disbursements, and motion granted to extent stated in opinion.   Order to be settled on notice.

---

FRANKLIN UNION NO. 23, INC., Respondent, Appellant, v. GEORGE L. BERRY, Individually and as President of the INTERNATIONAL PRINTING PRESSMEN AND ASSISTANTS' UNION OF NORTH AMERICA, and Others, Appellants, Respondents, Impleaded with Another.

Appeal by the plaintiff from so much of an order of the Supreme Court, as resettled by an order entered in the New York county clerk's office on the 1st day of April, 1914, as denies its motion for an injunction; also an appeal by certain of the defendants from the parts of said order which grant the plaintiff an injunction.

PER CURIAM: Without concurring in the reasons expressed at Special Term for denying the plaintiff's motion for an injunction, and without expressing any opinion as to whether or not the plaintiff would after the trial of the action be entitled to a judgment securing the exclusive right to use its corporate name, this order upon the plaintiff's appeal is affirmed, leaving question as to the judgment to which the plaintiff will be entitled to be settled upon the trial of the action.   Upon the appeal of the defendants from that part of the order granting an injunction, we think the court below was right, and that the order so far as appealed from should be affirmed.   The order is, therefore, affirmed, without costs to either party upon this appeal.   Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.   Order affirmed, without costs.